**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6025**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

LLOYD MACK ROYAL, III, a/k/a Blyss, a/k/a B, a/k/a Furious,

             Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (8:09-cr-00048-TDC-1)

Submitted:  February 26, 2026                    Decided:  March 3, 2026

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lloyd Mack Royal, III, Appellant Pro Se.  David Christian Bornstein, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Mack Royal, III, appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We have reviewed the record and discern no reversible error. Accordingly, we deny Royal's pending motions and affirm the district court's order. *United States v. Royal*, No. 8:09-cr-00048-TDC-1 (D. Md. Dec. 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*